IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                           )
                                 )    CASE NO. 19 B 18649
John Coleman,                    )    HONORABLE LaShonda A Hunt
    DEBTOR                       )    CHAPTER 13

## NOTICE OF MOTION

To:    Glenn B Stearns, 801 Warrenville Road Suite 650, Lisle, IL 60532;

PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020;

Timothy R Yueill, Law Offices of Ira T. Nevel, 175 N. Franklin, Chicago, IL 60606; representing PennyMac Loan Services, LLC,

CT Corporation System, Registered Agent PennyMac Loan Services, LLC, 208 S. LaSalle St, Suite 814, Chicago, IL 60604;

David A. Spector, President for PennyMac Loan Services, LLC, 3043 Townsgate Rd, Suite 200, Westlake Village, CA 91361;

See attached Service List via U.S. Mail.

Please take notice that on March 19, 2021, at 10:15 a.m., I shall appear telephonically before the Honorable LaShonda A Hunt, or any judge sitting in that judge's place, and present the motion to modify plan, a copy of which is attached.

**This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information—Toll Free Number: 1-888-557-8511; Access Code: 7490911.**

         **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## PROOF OF SERVICE

       The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on February 24, 2021.

*/s/ Yisroel Y. Moskovits*\_\_\_\_
Attorney for Debtors

The Semrad Law Firm, LLC
10 N Martingale Rd Suite 400
Schaumburg, IL 60173
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-18649<br>Northern District of Illinois<br>Eastern Division<br>Wed Feb 24 13:04:27 CST 2021 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ALLY FINANCIAL<br>200 RENAISSANCE CTR<br>DETROIT, MI 48243-1300 | Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 |
| Ashley Furniture<br>1930 Mt Zion Road<br>Morrow, GA 30260-3316 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CBNA<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CHRYSLER Capital<br>PO BOX 961275<br>FORT WORTH, TX 76161-0275 | COMENITYBANK/KAY<br>3100 Easton Square Place<br>Columbus, OH 43219-6232 |
| COMENITYBANK/VICTORIA<br>220 W SCHROCK RD<br>WESTERVILLE, OH 43081-2873 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| ComEd<br>3 Lincoln Center<br>Bankruptcy Section<br>Oakbrook Terrace, IL 60181-4204 | Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oak Brook, IL 60523-1502 | DISCOVER FIN SVCS LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Dupage Medical Group<br>15921 Collection Center Dr<br>Chicago, IL 60693-0001 | EAGLE HOME MORTGAGE, L<br>15550 LIGHTWAVE DR STE 2<br>CLEARWATER, FL 33760-3504 |
| Edward Hospital<br>Po Box 4207<br>Carol Stream, IL 60197-4207 | FEB-RETAIL<br>3175 Commercial Ave<br>Ste 201<br>Northbrook, IL 60062-1924 | FIRST PREMIER BANK<br>c/o Jefferson Capital Systems LLC PO Box<br>c/o Linda Dold<br>Saint Cloud, MN 56302 |
| FNB OMAHA<br>1620 DODGE ST<br>OMAHA, NE 68197-0003 | (p)PERI GARITE<br>ATTN CARD WORKS<br>101 CROSSWAYS PARK DR W<br>WOODBURY NY 11797-2020 | IRS 1<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | J.B. ROBINSON JEWELERS<br>375 GHENT RD<br>FAIRLAWN, OH 44333-4601 | JARED GALLERIA<br>375 GHENT RD<br>FAIRLAWN, OH 44333-4601 |

| | | |
|---|---|---|
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>JPMC<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | KAY JEWELERS<br>1903 Southlake Mall<br>Merrillville, IN 46410-6434 | ONEMAIN<br>605 Munn Rd E<br>Fort Mill, SC 29715-8421 |
| OneMain<br>PO Box 3251<br>Evansville, IN 47731-3251 | PENNYMAC LOAN SERVICES<br>Po Box 514387<br>Los Angeles, CA 90051-4387 | PennyMac Loan Services, LLC<br>P.O. Box 660929<br>Dallas TX 75266-0929 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| SFLNDCORP<br>ONE LETTERMAN DRIVE BUILDING A, SUITE 47<br>SAN FRANCISCO, CA 94129-1494 | SOFI<br>2750 E COTTONWOOD PKWY<br>COTTONWOOD HEIGHTS, UT 84121-7284 | SYNCB/ASHLEY HOMESTORE<br>7780 S Cicero Ave<br>Burbank, IL 60459-1583 |
| SYNCB/BP<br>C/O PO BOX 965024<br>ORLANDO, FL 32896-0001 | SYNCB/CARE CREDIT<br>C/O P.O. BOX 965036<br>ORLANDO, FL 32896-0001 | SYNCB/NETWRK<br>C/O PO BOX 965036<br>ORLANDO, FL 32896-0001 |
| SYNCB/WALMAR<br>2001 Western Ave<br>Ste 400<br>Seattle, WA 98121-3132 | Santander Consumer USA<br>ATT POC: Janiscia Jackson PO Box 961245<br>Fort Worth, TX 76161-0244 | Santander Consumer USA Inc.<br>an Illinois corporation<br>d/b/a Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 |
| SoFi Lending Corp<br>One Letterman Dr Bldg A Ste 4700<br>San Francisco, CA 94129-1512 | Surgical Center of Dupage Medical Group<br>1593 Paysphere Circle<br>Chicago, IL 60674-0015 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| TBOM/ATLS/FORTIVA<br>PO BOX 105555<br>ATLANTA, GA 30348-5555 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| WF BANK NA<br>PO BOX 14517<br>DES MOINES, IA 50306-3517 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 |
| John Coleman<br>24242 W. Bristol Ave<br>Plainfield, IL 60585-2119 | Michael Spangler<br>The Semrad Law Firm, LLC<br>20 S Clark St, 28th Floor<br>Chicago, IL 60603-1811 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

```
Sarah A Lentes                              Yisroel Y Moskovits
The Semrad Law Firm, LLC                    The Semrad Law Firm, LLC
20 S. Clark St. Suite 2800                  20 S. Clark St.
Chicago, IL 60603-1811                      28th Floor
                                            Chicago, IL 60603-1811


              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


CAPITAL ONE BANK USA N                      CHASE CARD                                  First National Bank of Omaha
PO BOX 85520                                201 N Walnut St                             1620 Dodge Street, Stop Code 3105
RICHMOND, VA 23285                          Wilmington, DE 19801                        Omaha, NE 68197



Illinois Department of Revenue              (d)KOHLS/CHASE                              Portfolio Recovery Associates, LLC
PO Box 19035                                PO BOX 15298                                PO Box 41067
Springfield, IL 62794-9035                  WILMINGTON, DE 19850                        Norfolk, VA 23541



(d)Portfolio Recovery Associates, LLC       TOYOTA MOTOR CREDIT
c/o Care Credit                             PO Box 5855
POB 41067                                   Carol Stream, IL 60197
Norfolk VA 23541




              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)PENNYMAC LOAN SERVICES, LLC              End of Label Matrix
                                            Mailable recipients    61
                                            Bypassed recipients     1
                                            Total                  62
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 19 B 18649 |
| John Coleman, | ) | HONORABLE LaShonda A Hunt |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, John Coleman, by and through Debtor's attorney, The Semrad Law Firm, LLC and hereby moves this Honorable Court to modify the Chapter 13 Plan, and Debtor states the following:

1. On July 1, 2019 the Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On September 20, 2019, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The confirmed Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 21% of their allowed claims.

4. The confirmed Chapter 13 Plan requires the Debtor to make payments to the Chapter 13 Trustee in the amount of $1,500.00 on a monthly basis for 60 months.

5. Debtor fell behind on his mortgage payments in the amount of $4,040.04 due to the Covid-19 pandemic.

6. That the Debtor wishes to modify Section 3.1 of the Plan to cure the post-petition arrears in the amount of $4,040.04 to PennyMac Loan Services, LLC.

7. That the Debtor owes $8,731.68 in pre-petition mortgage arrears and $4,040.04 in post-petition mortgage arrears.

8. That the Debtor does not anticipate falling behind on mortgage payments moving forward.

9. That Section 1322(b)(5) allow a debtor to cure any mortgage default. *In re Hoggle*, 12 F.3d 1008, 1012 (11th Cir. 1994)(allowing debtor to modify a chapter 13 plan post-confirmation to include post-petition mortgage default in debtors plan when the mortgage company filed a motion for relief from the automatic stay). This would cure the post- petition mortgage default and thus allow the court to overrule the mortgage's motion to modify the stay.

10. That on March 27, 2020, the Coronavirus Aid, Relief and Economic Security Act H.R. 748 (CARES ACT) was signed into law.

11. Under the CARES ACT, Section 1113(b) Debtor(s) affected by the Covid-19 pandemic may petition the Court for plan modification, including, but not limited to extending the plan up to seven years from the date of confirmation.

12. That the Debtor's plan term past the 60-month period to cure the post-petition mortgage default and be feasible.

13. Debtor respectfully requests this Honorable Court to amend Section 3.1 of the Plan to increase PennyMac Loan Services, LLC's mortgage arrears claim by $4,040.04 for a total arrears claim of $12,771.72 for post-petition mortgage arrears.

14. Debtor further requests this Honorable Court to extend the Debtor's Chapter 13 plan term past the 60-month period pursuant to the CARES Act.

15. Debtor has filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, Debtor prays this Honorable Court for the following relief:

A. That Section 3.1 of Debtor's Chapter 13 plan is amended to increase PennyMac Loan Services, LLC's mortgage arrears claim by $4,040.04 for a total arrears claim of $12,771.72 for post-petition mortgage arrears; and

B. That the plan will extend past the 60-month period pursuant to the CARES act; and

C. For any further relief as the Court may deem fair and proper.

                                        Respectfully submitted,

                                        __/s/ Yisroel Y. Moskovits_____
                                        Attorney for Debtors

                                        The Semrad Law Firm, LLC
                                        Attorney for Debtors
                                        10 N Martingale Rd Suite 400
                                        Schaumburg, IL 60173
                                        (312) 913-0625